# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON LYNN WHITE, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:19-CV-29 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Court is in receipt of Respondent's Motion for Summary Judgment, Dkt. No. 11; Petitioner's Response to the Motion, Dkt. No. 12; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 13; and the Petitioner's Objections to the M&R, Dkt. No. 17.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 13. The Court therefore **GRANTS** Respondent's Motion for Summary Judgment, Dkt. No. 11, and **DISMISSES** Petitioner's application for habeas corpus relief. Further, the Court **DENIES** Petitioner a Certificate of Appealability.

Final judgment will be entered separately.

SIGNED this 15th day of October, 2019.

Hilda Tagle
Senior United States District Judge